# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:24-cv-00292-APG-MDC |
|---|---|
| Plaintiff | **Order Denying Emergency Motion for Stay** |
| v. | [ECF No. 1] |
| MARKELL BOYD, | |
| Defendant | |

The United States of America has moved for an emergency order staying Magistrate Judge Couvillier's decision to release defendant Markell Boyd rather than detain him. The United States seeks a temporary stay from me until Monday February 12, 2024, when the United States will seek review of the release order in the Northern District of Ohio.

I deny the motion because I do not have jurisdiction under 18 U.S.C. § 3145(a) to review Judge Couvillier's release order. As the United States acknowledges, that jurisdiction rests with the "court having original jurisdiction over the offense," which is the Northern District of Ohio. 18 U.S.C. § 3145(a). Even if I have jurisdiction under 28 U.S.C. § 636(b)(1)(A) to review Judge Couvillier's release order, or his decision to deny a stay of his order pending appeal, neither of his decisions is clearly erroneous or contrary to law.

I THEREFORE ORDER that the United States' emergency motion for stay **(ECF No. 1)** **is DENIED.**

DATED this 9th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE